IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO 14-04432-MCF |
| MOHAMMED MAHMUD HMAIDAN | CHAPTER 13 |
| DEBTOR | |

**DEBTOR'S MOTION AND NOTICE OF FILING OF POST-CONFIRMATION
MODIFICATION OF CHAPTER 13 PLAN 11 USC §1329**

TO THE HONORABLE COURT:

**NOW COMES, MOHAMMED MAHMUD HMAIDAN,** through the undersigned attorney, and very respectfully states and prays as follows:

1. The debtor is hereby submitting a post-confirmation modification of Chapter 13 Plan, 11 USC Section 1329, dated October 30, 2015, herewith and attached to this motion.

2. This Plan modification is filed to cure post-petition arrears owed to secured creditor Banco Santander Puerto Rico and increase the Plan's base in order to comply with distribution of Plan.

**NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 3015(f)(2)(b)**

**Within twenty-one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

**I CERTIFY**, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular mail to the debtors and to all creditors and interested parties appearing in the master address list, hereby attached.

Page -2-
Post confirmation modification of chapter 13 Plan
Case no. 14-04432-MCF13

       **RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 30th day of October, 2015.

/s/*Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC 203614
ATTORNEY FOR PETITIONER
PO BOX 186
CAGUAS PR 00726-0186
TEL 787-744-7699 FAX NO 787-746-5294
EMAIL: rfigueroa@rfclawpr.com

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                     Case No. **3:14-bk-4432**

**MAHMUD HMAIDAN, MOHAMMED**              Chapter **13**
                   Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **10/30/2015**            ☐ AMENDED PLAN DATED: _____
☐ PRE ☑ POST-CONFIRMATION          Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | | x | | = $ | |
|---|---|---|---|---|---|
| $ | 470.00 | x | 12 | = $ | 5,640.00 |
| $ | 525.00 | x | 5 | = $ | 2,625.00 |
| $ | 665.00 | x | 43 | = $ | 28,595.00 |
| $ | | x | | = $ | |
| $ | | x | | = $ | |

TOTAL: $ **36,860.00**

Additional Payments:
$_____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$_____ x _____ = $ _____

PROPOSED BASE: $ **36,860.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,464.00**

Signed: _____[signature]_____
         Debtor

_____
         Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **Banco Santander Pu**   Cr. **Banco Santander Pu**   Cr. _____
# **2428 Claim 7-1**      # **2428 Post-Petition**      # _____
$ **24,549.50**      $ **5,513.45**      $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
**Banco Santander Pu**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                ☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
* Additional Attorney's Fees: $350.00 payment for the services rendered in connection to debtor(s)' post confirmation plan and related procedures for approval, pursuant to R. 2016 (f)(3).
* "Tax refunds will be devoted each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds."

Attorney for Debtor **R. Figueroa Carrasquillo Law Office**        Phone: **(787) 744-7699**

AMENDED CHAPTER 13 PAYMENT PLAN

Label Matrix for local noticing
0104-3
Case 14-04432-MCF13
District of Puerto Rico
Old San Juan
Tue Oct 27 16:53:58 AST 2015

BANCO SANTANDER - PUERTO RICO
C/O SERGIO A. RAMIREZ DE ARELLANO LAW OF
BANCO POPULAR CENTER, SUITE 1022
209 MUNOZ RIVERA AVE.
SAN JUAN, PR 00918-1000

US Bankruptcy Court District of P.R.
Jose V Toledo Fed Bldg & US Courthouse
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

American InfoSource LP as agent for
T Mobile/T-Mobile USA Inc
PO Box 248848
Oklahoma City, OK 73124-8848

Banco Santander Puerto Rico
PO Box 192199
San Juan, PR 00919-2199

Banco Santander de Puerto Rico
PO Box 362589
San Juan, PR 00936-2589

Citibank
8875 Aero Dr Ste 200
San Diego, CA 92123-2255

Citifinancia
605 Munn Road
Fort Mill, SC 29715-8421

Citifinancial
Calle Delfaus #19
Juncos, PR 00777-7040

DEPARTMENT OF TREASURY SECTION OF BANKRUP
PO BOX 9024140
SAN JUAN, PR 00902-4140

Dish Network
4500 Salisbury Rd Ste 10
Jacksonville, FL 32216-0959

FirstBank Of PR
PO Box 13817
San Juan, PR 00908-3800

Gecrb/Pep Boys
PO Box 981439
El Paso, TX 79998-1439

Gecrb/Walmart Dc
PO Box 965024
Orlando, FL 32896-5024

Island Finance
PO Box 195369
San Juan, PR 00919-5369

Midland Credit Management, Inc.
as agent for MIDLAND FUNDING LLC
PO Box 2011
Warren, MI 48090-2011

Midland Credit Management, Inc. as agent for
MIDLAND FUNDING LLC
PO Box 2011
Warren, MI 48090-2011

Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123-2255

PR ACQUISITIONS LLC
PO BOX 194499
SAN JUAN PR 00919-4499

Sears/Cbna
PO Box 6282
Sioux Falls, SD 57117-6282

Stellar Recovery Inc
4500 Salisbury Rd Ste 10
Jacksonville, FL 32216-8035

TD Retail Card Services
c/o Creditors Bankruptcy Service
P.O. Box 740933
Dallas, TX 75374-0933

Td Rcs/Advance Auto
1000 Macarthur Blvd
Mahwah, NJ 07430-2035

Thd/Cbna
PO Box 6497
Sioux Falls, SD 57117-6497

Velocity Investments LLC
c/o JD Receivables LLC
P.O. Box 382656
Germantown, TN 38183-2656

Western Auto
PO Box 75002
Levittown, PR 00950

JOSE RAMON CARRION MORALES
PO BOX 9023884
SAN JUAN, PR 00902-3884

MOHAMMED MAHMUD HMAIDAN
PO BOX 2017
LAS PIEDRAS, PR 00771-2017

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901

ROBERTO FIGUEROA CARRASQUILLO
PO BOX 186
CAGUAS, PR 00726-0186

Case:14-04432-MCF13 Doc#:66 Filed:10/30/15 Entered:10/30/15 10:16:31 Desc: Main
Document Page 5 of 5

```
End of Label Matrix
Mailable recipients    29
Bypassed recipients     0
Total                  29
```